514 F.2d 1002
 Thelma B. SEXTON et al., Plaintiffs-Appellants,
v.
GEORGIA HIGHWAY EXPRESS, INC., Defendant-Appellee.
 No. 75-1262
 Summary Calendar.*
United States Court of Appeals,
 Fifth Circuit.
June 13, 1975.
 
 Thomas E. Davis, Gary F. Burns, Gadsden, Ala., for plaintiffs-appellants.
 Jack W. Torbert, Gadsden, Ala., for defendant-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the district court granting a judgment notwithstanding the verdict in favor of defendant Georgia Highway Express, Inc. is affirmed.
 
 
 
 *
 Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I